**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed November 3, 2015.**



In The

# Fourteenth Court of Appeals

---

## NOS. 14-15-00903-CR, 14-15-00905-CR, 14-15-00906-CR, and 14-15-00907-CR

---

### IN RE OVERILLE DENTON THOMPSON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**185th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1445929, 1445930, 1446657, and 1468823.**

---

## MEMORANDUM OPINION

On October 26, 2015, relator Overille Denton Thompson filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to hold the Honorable Susan Brown, presiding judge of the 185th District Court of Harris County in contempt.

This court, as an intermediate court of appeals, is not authorized to grant the relief relator seeks. In criminal matters, an intermediate court of appeals has no original habeas corpus jurisdiction. *See In re Briscoe,* 230 S.W.3d 196, 196 (Tex. App.—Houston [14th Dist.] 2006, orig. proceeding). The courts authorized to issue writs of habeas corpus in criminal cases are the Texas Court of Criminal Appeals, district courts, and county courts. *See* Tex. Code Crim. Proc. Ann. art. 11.05 (West 2015).

Therefore, we dismiss relator's petition for writ of habeas for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost, and Justices Christopher and Donovan.

Do Not Publish — Tex. R. App. P. 47.2(b).